# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CCI CUSTODY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00718-AWI-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO EITHER PAY $350.00 FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 8, 2006, but neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis.

　　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis which includes a certified copy of his trust account statement for the six month period preceding the filing of the complaint. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:　June 13, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1